```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965
Telephone: (415) 729-9006
FAX: (415) 729-9023
```

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ELLIOTT AND ELLIOTT CO., etc.,<br><br>          Defendant. | NO.  C 11 3358 JCS<br><br>(~~PROPOSED~~)<br>ORDER OF EXAMINATION |

To:  Mark Elliott, Custodian of Records of
               Corporate Judgment Debtor
     Elliott and Elliott Co.
     745 Kevin Court
     Oakland, CA 94621

You the above named custodian of records and officer of judgment debtor ARE HEREBY ORDERED to appear personally on May 17, 2013 at 9:00 a.m. at 450 Golden Gate Avenue, Courtroom G, 15th Floor, San Francisco, CA 94102 before Magistrate Judge Joseph C. Spero then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

ORDER OF EXAMINATION                    1

       2. Title documents to all equipment and vehicles of debtor;

       3. All lists and schedules of rented, leased and owned equipment of debtor;

       4. Copies of all real property and personal property leases wherein debtor is a party;

       5. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

       6. Last Annual Financial Statement and all monthly financial statements for 2012 and 2013;

       7. Federal tax return for the last year reported;

       8. All bank statements, deposit slips and canceled checks for all accounts for January 2013 to the present;

       9. The last tax return filed with the Franchise Tax Board;

       10. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from November 1, 2012 to date;

       11. All accounts receivable lists generated by the Company in 2012 and 2013;

       12. Cash Disbursement Journals for 2012 and 2013;

       13. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

       14. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years; and

       15. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

1    NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: 4/10/13

_____
Magistrate Judge Joseph C. Spero



ORDER OF EXAMINATION                         3