1 EILEEN MARIE BISSEN (St.Bar #245821)
  RICHARD K. GROSBOLL (St. Bar #99729)
2 NEYHART ANDERSON FLYNN GROSBOLL
  369 Pine Street, Suite 800
3 San Francisco, CA  94104
  Tel: (415) 677-9440
4 Fax: (415) 677-9445
  Email:    ebissen@neyhartlaw.com
5           rgrosboll@neyhartlaw.com

6 Attorneys for Plaintiffs

7

8             UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA   )   NO. C 11 3358 JCS
   ROOFERS, et al.,                   )
12                                     )   SUBSTITUTION OF
                       Plaintiffs,    )   ATTORNEYS
13                                     )
             vs.                       )
14                                     )
   ELLIOTT AND ELLIOTT CO., etc.,     )
15                                     )
                       Defendant.      )
16 _____ )

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS

19 HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST

20 BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

21 INDUSTRY   PROMOTION   FUND,   BAY   AREA   COUNTIES   ROOFING   INDUSTRY

22 APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the

23 following substitution of attorneys:

24 Former Attorneys:
   ERSKINE & TULLEY
25 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
26 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
27

28 should be removed and, consequently, should no longer receive

SUBSTITUTION OF ATTORNEY                              1

1  notice of e-Filings.

2  Plaintiffs' new co-counsel of record will be:

3  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
4  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
5  San Francisco, CA  94104
   Tel: (415) 677-9440
6  Fax: (415) 677-9445
   Email:   ebissen@neyhartlaw.com
7           rgrosboll@neyhartlaw.com

8  The following attorneys consent to this substitution:

9  Dated: _____4/3_____, 2013   ERSKINE & TULLEY
                                 A PROFESSIONAL CORPORATION
10

11
                                 _____
12                               MICHAEL J. CARROLL
                                 Former Attorneys for Plaintiffs
                                 Boards of Trustees, et al.
13
   Dated: ___4/10_____, 2013     NEYHART ANDERSON FLYNN GROSBOLL
14

15
                                 _____
16                               EILEEN MARIE BISSEN
                                 New Attorneys for Plaintiffs
                                 Board of Trustees, et al.
17

18 The Plaintiffs Board of Trustees of the Bay Area Roofers, et al.

19 hereby consent to the above substitution.

20 Dated: ___4.3_____, 2013      BOARD  OF  TRUSTEES  OF  THE BAY AREA
                                 ROOFERS, et al.
21

22                               _____
23                               Doug Ziegler, Trustee

24 IT IS SO ORDERED.

25 Dated: ___4/10_____, 2013

26                               Magistrate _____ph C. Spero
                                 United S_____ Court
27

28

   SUBSTITUTION OF ATTORNEY                              2

1

## PROOF OF SERVICE BY MAIL

2

   I, the undersigned, declare:

3

   I am employed in the City and County of San Francisco, State of California.  I am over the
age of 18 years and not a party to the within action.  My business address is 369 Pine Street, Suite

4

800, San Francisco, California 94104.  On April 10, 2013, I served the within:

5

## SUBSTITUTION OF ATTORNEYS

6

7

on the parties in said cause following our business practice, with which I am readily familiar.  On
the same day that correspondence is placed for collection and mailing, it is deposited in the

8

ordinary course of business with the United States Postal Service in a sealed envelope with
postage fully prepaid.  I placed a true copy of the within document enclosed in a sealed envelope

9

with first class postage thereon fully prepaid for collection and deposit on the date shown below in

10

the United States mail at San Francisco, California addressed as follows:

11

12

Mark Elliott
Elliott and Elliott Co.

13

745 Kevin Court
Oakland, CA 94621

14

15

   I declare under the penalty of perjury that the foregoing is true and correct, and that this
declaration was executed on April 10, 2013, at San Francisco, California.

16

17

18

                                       Eileen M. Bissen

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW