```
EILEEN MARIE BISSEN (St. Bar #245821)
RICHARD K. GROSBOLL (St. Bar #99729)
NEYHART ANDERSON FLYNN GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA  94104
Tel: (415) 677-9440
Fax: (415) 677-9445
Email:    ebissen@neyhartlaw.com
          rgrosboll@neyhartlaw.com
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ELLIOTT AND ELLIOTT CO., etc., <br><br> Defendant. | NO. C 11 3358 JCS <br><br> <u>SUBSTITUTION OF ATTORNEYS</u> |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the following substitution of attorneys:

<u>Former Attorneys:</u>
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA 94965

should be removed and, consequently, should no longer receive

<u>SUBSTITUTION OF ATTORNEY</u>                                         1

1  notice of e-Filings.

2  Plaintiffs' new co-counsel of record will be:

3  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
4  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
5  San Francisco, CA  94104
   Tel: (415) 677-9440
6  Fax: (415) 677-9445
   Email:    ebissen@neyhartlaw.com
7            rgrosboll@neyhartlaw.com

8  The following attorneys consent to this substitution:

9  Dated: ___4/3___, 2013    ERSKINE & TULLEY
                              A PROFESSIONAL CORPORATION
10

11
                              _____
12                            MICHAEL J. CARROLL
                              Former Attorneys for Plaintiffs
                              Boards of Trustees, et al.
13
   Dated: ___4/10___, 2013    NEYHART ANDERSON FLYNN GROSBOLL
14

15
                              _____
16                            EILEEN MARIE BISSEN
                              New Attorneys for Plaintiffs
                              Board of Trustees, et al.
17

18  The Plaintiffs Board of Trustees of the Bay Area Roofers, et al.

19  hereby consent to the above substitution.

20  Dated: ___4.3___, 2013    BOARD OF TRUSTEES OF THE BAY AREA
                              ROOFERS, et al.
21

22
                              _____
23                            Doug Ziegler, Trustee

24  IT IS SO ORDERED.

25  Dated: ___4/10___, 2013
                              _____
26                            Magistrate Joseph C. Spero
                              United States District Court
27

28

SUBSTITUTION OF ATTORNEY                                    2

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On April 10, 2013, I served the within:

## SUBSTITUTION OF ATTORNEYS

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Mark Elliott
Elliott and Elliott Co.
745 Kevin Court
Oakland, CA 94621

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 10, 2013, at San Francisco, California.

Eileen M. Bissen

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW